AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED
IN LAKE CHARLES, LA
JAN 2 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
GARY BEROID
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 2:00-CR-20030-009

USM Number: 10559-035

Robert Marin
Defendant's Attorney

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) <u>1, 2 and 3</u> of the term of supervision.
[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |

See next page.

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 1-29-07
BY: 
TO: USM-LC-3
    USP-LC-1

January 26, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

1/29/07
Date

CASE NUMBER:   2:00-CR-20030-009
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Tested positive for the use of ecstacy (MDMA) and cocaine | 06/28/2006 and 08/30/2006 |
| 2 | Failed to submit written monthly supervision reports | 07/2006 and 08/2006 |
| 3 | Failed to comply with the substance abuse treatment program by failing to attend required weekly sessions and has failed to submit weekly drug screens | 08/30/2006 |

DEFENDANT:      GARY BEROID
CASE NUMBER:    2:00-CR-20030-009

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months with credit for time served.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m.   [] p.m.   on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL